| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

KEITH M. HOPKINS,

    Plaintiff,

  v.

G. AHERN, et al.,

    Defendants.

Case No. 18-cv-07190-YGR (PR)

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

This *pro se* civil rights action was reassigned from a magistrate judge to the undersigned judge after Plaintiff chose to decline magistrate judge jurisdiction in this matter. Dkts. 4-6. Plaintiff has filed a motion for leave to proceed *in forma pauperis*, which will be granted in a separate Order. Dkt. 2.

After this case was reassigned to the undersigned, Plaintiff filed a letter in which he requests a copy of his complaint "so [he] could, not only have one for [his] records, but . . . also amend [his] complaint. Dkt. 7 at 1. The Court GRANTS his request for a copy of his complaint, and construes the remaining request as a motion for leave to file an amended complaint.

A plaintiff may amend his complaint once as a matter of course at any time before a responsive pleading is served. *See* Fed. R. Civ. P. 15(a). Where a plaintiff seeks to amend after a responsive pleading has already been served, however, the decision whether to grant leave to amend is committed to the sound discretion of the trial court. *Waits v. Weller*, 653 F.2d 1288, 1290 (9th Cir. 1981). Federal Rule of Civil Procedure 15(a) is to be applied liberally in favor of amendments and, in general, leave shall be freely given when justice so requires. *Janicki Logging Co. v. Mateer*, 42 F.3d 561, 566 (9th Cir. 1994).

The Court notes that the defendants in this action have not been served at this time. Thus, Plaintiff may as a matter of course amend his complaint because a responsive pleading has not yet been served. *See* Fed. R. Civ. P. 15(a).

Accordingly, Plaintiff's motion for leave to file an amended complaint is GRANTED. Dkt. 7. At this time, the complaint, dkt. 1, is no longer the operative complaint in this action.

1    No later than **twenty-eight (28) days** from the date of this Order, Plaintiff shall file his
2    amended complaint.

3    Plaintiff must use the attached civil rights form, write the case number for this action—
4    Case No. C 18-7190 YGR (PR)—on the form, clearly label the complaint "Amended Complaint,"
5    and complete all sections of the form. Because the amended complaint completely replaces the
6    original complaint, Plaintiff must include in it all the claims he wishes to present. *See Ferdik v.*
7    *Bonzelet*, 963 F.2d 1258, 1262 (9th Cir.), *cert. denied*, 506 U.S. 915 (1992). He may not
8    incorporate material from the original complaint by reference. If Plaintiff wishes to attach any
9    additional pages to the civil rights form, he shall maintain the same format as the form. Plaintiff's
10   amended complaint shall not exceed **forty (40) pages** in length.

11   It is Plaintiff's responsibility to prosecute this case. Plaintiff must keep the Court informed
12   of any change of address and must comply with the Court's orders in a timely fashion. Pursuant to
13   Northern District Local Rule 3-11, a party proceeding *pro se* whose address changes while an
14   action is pending must file a notice of change of address promptly specifying the new address. *See*
15   L.R. 3-11(a). The Court may dismiss without prejudice a complaint when: (1) mail directed to the
16   *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails
17   to receive within sixty days of this return a written communication from the *pro se* party
18   indicating a current address. *See* L.R. 3-11(b).

19   The Clerk of the Court shall send Plaintiff a copy of his complaint (dkt. 1) and a blank civil
20   rights form along with a copy of this Order.

21   This Order terminates Docket No. 7.

22   IT IS SO ORDERED.

23   Dated: April 12, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge

United States District Court
Northern District of California