United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH M. HOPKINS,<br><br>   Plaintiff,<br><br>v.<br><br>G. AHERN, et al.,<br><br>   Defendants. | Case No. 18-cv-07190-YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff, a state prisoner, filed the instant *pro se* prisoner action under 42 U.S.C. § 1983. The operative complaint is the amended complaint. On October 10, 2019, the Court dismissed Plaintiff's amended complaint with leave to amend and directed him to file a second amended complaint ("SAC") no later than November 7, 2019. On October 28, 2019, Plaintiff filed a letter indicating that he intended to file a SAC, but he was still attempting to discover the names of the Doe Defendants. Thus, the Court construes his letter as a request for extension of time to file his SAC.

Good cause appearing, the request is GRANTED. Plaintiff shall file his SAC on or by **December 6, 2019.**

**If Plaintiff fails to file a SAC by the deadline above, this action will be dismissed without prejudice.**

This Order terminates Docket No. 14.

IT IS SO ORDERED.

Dated: November 12, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge