UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH M. HOPKINS,<br>　　　　Plaintiff,<br>　　v.<br>G. AHERN, et al.,<br>　　　　Defendants. | Case No. 18-cv-07190-YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR SECOND EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff, a state prisoner, filed the instant *pro se* prisoner action under 42 U.S.C. §1983. The operative complaint is the amended complaint. On October 10, 2019, the Court dismissed Plaintiff's amended complaint with leave to amend and directed him to file a second amended complaint ("SAC") no later than November 7, 2019. On October 28, 2019, Plaintiff filed a letter indicating that he intended to file a SAC, but he was still attempting to discover the names of the Doe Defendants. Thus, the Court construed his letter as a request for extension of time to file his SAC.

On November 12, 2019, the Court granted Plaintiff an extension of time to file his SAC by December 6, 2019. On December 9, 2019, Plaintiff filed a request for a second extension of time to file his SAC. Dkt. 17.

Good cause appearing, the request is GRANTED. Plaintiff shall file his SAC no later than **January 13, 2020.**

**If Plaintiff fails to file a SAC by the deadline above, this action will be dismissed without prejudice.**

This Order terminates Docket No. 17.

IT IS SO ORDERED.

Dated: December 23, 2019

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　United States District Court Judge